Lillian Colley SIMPSON, as Executrix, etc., Plaintiff Appellant, v. NEWPORT NEWS SHIPBUILDING & DRY DOCK COMPANY, Defendant Appellee.

(Circuit Court of Appeals, Second Circuit. February 21, 1927.)

No. 179.

Appeal from final decree in suit on patent No. 932,722, entered in the District Court for the Southern District of New York.

Charles McC. Chapman, of New York City, for appellant.

Sheffield & Betts, James R. Sheffield, and James J. Cosgrove, all of New York City, for appellee.

Before HOUGH, HAND, and MACK, Circuit Judges.

PER CURIAM. Decree affirmed (18 F. [2d] 318), with costs.